UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **BILLY D. SIZEMORE,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| vs. | |
| **AVRIL CHAPMAN,** | CASE NO: 15-1309-STA-egb |
| Respondent. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Directing Clerk To Modify Docket, Denying §2254 Petition, Denying Certificate of Appealability and Denying Leave To Appeal In Forma Pauperis entered on November 2, 2018, the petition is hereby DENIED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 11/2/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk